# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RYAN ALEXANDER SIMPSON, et al.,

    Petitioner,

v.

WILLIAM BARR, et al.,

    Respondents.

Case No. 2:19-cv-00568-RFB-NJK

**ORDER**

Respondents have filed a status report indicating that petitioner Ryan Simpson has departed the United States (ECF No. 25). This moots the petitioners' claims.

Reasonable jurists would not find the Court's determination to be debatable or wrong. The Court will not issue a certificate of appealability.

IT THEREFORE IS ORDERED that this action is **DISMISSED** as moot. The Clerk of the Court shall enter judgment accordingly and close this action.

IT FURTHER IS ORDERED that a certificate of appealability will not issue.

DATED: October 8, 2019.

                **RICHARD F. BOULWARE, II**
                **UNITED STATES DISTRICT JUDGE**